UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | | |
|---|---|---|
| TOM WILSON, | ) | |
| Plaintiff, | ) | Case No. C05-5734FDB |
| | ) | |
| vs. | ) | ORDER EXTENDING |
| | ) | TIME AND REVISING BREIFING |
| JO ANNE B. BARNHART, | ) | SCHEDULE |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

THIS MATTER coming before the Court on the stipulation of the parties

hereto, IT IS HEREBY ORDERED that the briefing schedule in this matter be

revised as follows:

Plaintiff's Opening Brief to be filed on or before:         April 4, 2006

Defendant's Answering Brief to be filed on or before: May 2, 2006

Plaintiff's Reply Brief to be filed on or before:         May 26, 2006

Dated this 28th day of March, 2006.


_/s/ J. Kelley Arnold_____
United States Magistrate Judge

Presented by:                         Approved for Entry:

/s/ Tom O'Neill_____         /s/ Brian Kipnis (per phone approval)
TOM O'NEILL  WSB #9363         BRIAN KIPNIS
Of Attorneys for Plaintiff         Assistant United States Attorney

Proposed Order Extending Time and
Revising Briefing Schedule

**Crandall, O'Neill & McReary, PS**
**Attorneys at Law**
**1447 - 3rd Ave. Suite A / PO Box 336**
**Longview, WA  98632**
**(360) 425-4470  Fax - (360) 425-4477**

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

Proposed Order Extending Time and
Revising Briefing Schedule

**Crandall, O'Neill & McReary, PS**
**Attorneys at Law**
**1447 - 3rd Ave. Suite A / PO Box 336**
**Longview, WA  98632**
**(360) 425-4470  Fax - (360) 425-4477**