UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| TOM WILSON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JO ANNE B. BARNHART, Commissioner of<br>Social Security Administration,<br><br>　　　　Defendant. | CASE NO.　　C05-5734FDB<br><br>ORDER ADOPTING REPORT<br>AND RECOMMENDATION |

The Court, having reviewed plaintiff's complaint, the Report and Recommendation of Judge J. Kelley Arnold, United States Magistrate Judge and the remaining record, and there being no objections, does hereby find and ORDER:

　　(1)　　The Court adopts the Report and Recommendation;

　　(2)　　The administrative decision is AFFIRMED; and

　　(3)　　The Clerk is directed to send copies of this Order to plaintiff's counsel, defendant's counsel and Magistrate Judge J. Kelley Arnold.

DATED this 26th day of January 2007.

　　　　　　　　　　　　　　　　/s/ Franklin D. Burgess
　　　　　　　　　　　　　　　　FRANKLIN D. BURGESS
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

ORDER
Page - 1